IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    *Plaintiff,*

    vs.                                          **Civil No. 10-748 PJK/DJS**

2005 FORD F-150 TRUCK
VIN: 1FTPW14545KB38693,

SMALL ARMS AMMUNITION:
6 BOXES OF REMINGTON MAGNUM .22 CALIBER (300 TOTAL ROUNDS),
2 BOXES OF CCI JACKETED HOLLOW POINT .22 CALIBER (100 TOTAL ROUNDS),
4 BOXES OF CCI SHOT SHELL .22 CALIBER (80 TOTAL ROUNDS),
1 BOX OF HORNADY V-MAX .17 CALIBER (50 TOTAL ROUNDS),

    *Defendants,*

*and*

GERHARD FRIESSEN ENNS,

    *Claimant.*

**FINAL JUDGMENT AND ORDER OF FORFEITURE**

This matter is before the Court on the Settlement Agreement and Release between the United States and Claimant Gerhard Friessen Enns. The Court has reviewed the agreement and is fully advised in the premises. The Court hereby Orders as follows:

1.    All right, title, and interest in the small arms ammunition: 6 Boxes of Remington Magnum .22 caliber (300 total rounds), 2 Boxes of CCI Jacketed Hollow Point .22 caliber (100 Total Rounds), 4 Boxes of CCI Shot Shell .22 caliber (80 Total Rounds), 1 Box of Hornady V-Max .17 caliber (50 Total Rounds) is forfeited to the United States and title thereto is vested in the United States.

2.    Claimant Gerhard Friessen Enns will pay $6,500.00 to the United States. All right,

title and interest in the $6,500.00 is forfeited to the United States and title thereto is vested in the United States.

   3. Upon receipt of the $6,500.00, the United States will return the 2005 Ford F-150 Truck VIN: 1FTPW14545KB38693 to claimant Gerhard Friessen Enns.

   4. Each party will bear its own costs and attorney's fees in this case.


               /s/ Paul Kelly, Jr.
               UNITED STATES CIRCUIT JUDGE
               Sitting by Designation



SUBMITTED BY:         APPROVED BY:

*Electronically submitted 9/14/10*    /s/
STEPHEN R. KOTZ         JESS R. LILLEY, ESQ.
CYNTHIA L. WEISMAN       Lilley Law Office
Assistant U.S. Attorneys       Attorney for Claimant, Gerhard Friessen Enns
Post Office Box 607         1014 S. Main
Albuquerque, NM  87103       Las Cruces, NM 88005
Telephone: (505) 346-7274      Telephone: (575) 524-7809